UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: DIEGO VINCENTE MARTINEZ  CASE NO. 99-10467
SILVIA SOLANO MARTINEZ  CHAPTER 7
DEBTORS

TRANSMITTAL OF UNCLAIMED FUNDS

JOHN C. CONINE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

Sears, Roebuck & Co.
PO Box 3671
Des Moines, IA 50322  $1,994.57

Dillards
PO Box 52051
Phoeniz, AZ 85702-2051  $ 411.99

Dillards
PO Box 52051
Phoeniz, AZ 85702-2051  $ 127.29

Sears, Roebuck & Co.
PO Box 3671
Des Moines, IA 50322  $1,050.60

Dillards
PO Box 52051
Phoeniz, AZ 85702-2051  $ 217.01

Dillards
PO Box 52051
Phoeniz, AZ 85702-2051  $ 67.05

      2.   Your Trustee's check for $3,868.51, payable to the Clerk of the Court, is attached to this report and list.

      3.   Nothing further remains to be done in this case.

Natchitoches, Louisiana, March 1, 2010.

                                                    _/S/ John Clifton Conine_____
                                                    JOHN CLIFTON CONINE, TRUSTEE
                                                    1150 Miller Farm Rd
                                                    Natchitoches, LA 71457-5322
                                                    Telephone: (318) 354-8413
                                                    Fax: 1-866-887-7413
                                                    Email: coninej@bellsouth.net